02-12-352-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00352-CV

 

 


 
 
 In re Stephanie Dawn Byrd
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and motion for
emergency relief and is of the opinion that relief should be denied. 
Accordingly, relator’s petition for writ of mandamus and motion for emergency
relief are denied.

 

 

PER CURIAM

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
August 24, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).